## A. A. Excavating Company et al., Appellees, v. First United Finance Corporation et al., Appellants.

### Gen. No. 42,697.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944; rehearing denied February 8, 1944. McCabe, Abrahams & Daly and Ode L. Rankin, for appellants; Jacob G. Grossberg and Julius L. Kabaker, for appellees. Opinion by JUSTICE MATCHETT. Not to be published in full.

## People of the State of Illinois ex rel. Joseph Horejs et al., Appellees, v. George Stedronsky, President, et al., Appellants.

### Gen. No. 42,809.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. E. Marvin Capouch, Albert Mysogland and Markman, Donovan & Sullivan, for appellants; Thomas C. Donovan, of counsel; Michael F. Ryan, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.